Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW BOEHM, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHORE FUNDING SOLUTIONS INC, et al.,<br><br>　　　　　　Defendants. | Case No.: 8:23-cv-00561-BCB-SMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this entire action, with prejudice, with each side bearing its own costs and attorney's fees. No opposing party has served an answer or a motion for summary judgment.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 14, 2024     By:     s/ Mark L. Javitch
　　　　　　　　　　　　　　　　　　Bar Number: CA 323729
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Javitch Law Office
　　　　　　　　　　　　　　　　　　3 East 3rd Ave. Ste. 200
　　　　　　　　　　　　　　　　　　San Mateo, CA 94401
　　　　　　　　　　　　　　　　　　Telephone: (650) 781-8000
　　　　　　　　　　　　　　　　　　Fax: (650) 648-0705
　　　　　　　　　　　　　　　　　　Email: mark@javitchlawoffice.com